The People of the State of New York ex rel. Arnold H. Ellis, Respondent, v. E. Lyman Smith and Others, as Assessors of the Town of Willsboro, Essex County, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. The Atlantic Fruit Company, Appellant.— Judgment unanimously affirmed, with costs.

Mary Smith, Respondent, v. Richard E. Burger, Appellant.— Judgment and order unanimously affirmed, with costs.

Tompkins County Co-operative Fire Insurance Company, Respondent, v. J. Edward Maloney, Appellant.— Judgment unanimously affirmed, with costs.

Sheldon S. Wheeler, Respondent, v. The Town of Barker, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lyon, J. not voting.

George Yagel v. Jones & Company.— Motion granted by default.

Fred E. Bradley v. Village of Union.— Motion granted.

Helena Bathrick, as Administratrix, etc., of Archie Bathrick, Deceased, v. Red Hook Light and Power Company and George Leary.— Motion granted.

Mary A. Beebe v. Thomas H. Karr and Schenectady Railway Company — Motion for reargument denied.

William Barnes, Respondent, v. William H. Anderson, Appellant.— Motion denied.

John F. Duffy, as Administrator, etc., of Christopher C. Duffy, Deceased, Appellant, v. Northern Central Railroad Company, Respondent.— Motion denied.

George Griffin v. Armond E. Wheaton.— Motion denied.

John Hotaling, Respondent, v. James Stewart & Company, Incorporated, Appellant.— Motion denied.

Mary E. Kellogg, Appellant, v. Match Supply Company and Charles M. Kellogg, Respondents.— Motion denied.

Lena Palmateer, as Administratrix, etc., of Delro Palmateer, Deceased, v. Red Hook Light and Power Company and George Leary.— Motion granted.

The People of the State of New York ex rel. T. Francis Kennedy, Relator, Respondent, v. James S. Calkins, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.